Commonwealth ex rel. Stokes, Appellant, *v.*
Patton.

Submitted June 12, 1973. Before WRIGHT, P. J.,
WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and
SPAETH, JJ.

*Michael L. Levy,* Assistant Defender, and *Vincent J.
Ziccardi,* Defender, for appellants.

*Lewis P. Mitrano* and *Milton M. Stein,* Assistant
District Attorneys, *Richard A. Sprague,* First Assistant
District Attorney, and *Arlen Specter,* District Attor-
ney, for Commonwealth, appellee.

OPINION BY CERCONE, J., September 19, 1973:
Order of the lower court affirmed.

This appeal is governed by the decision rendered in the companion case of *Commonwealth ex rel. Parker v. Patton*, 225 Pa. Superior Ct. 217 (1973).

JACOBS, J., concurs in the result.